In the Matter of FRANK L. TAVOLACCI, Respondent, v CAROL GARGES, Also Known as CAROL TAVOLACCI, Appellant.—

The respondent, Carol Garges, purports to appeal from an oral ruling of the Family Court, Westchester County, directing the issuance of a warrant for her arrest. No appeal lies from such an oral ruling.

Moreover, it appears from the record that the respondent, Carol Garges, appeared in the Family Court, Westchester County, and bail was exonerated. Therefore, the issue raised on this appeal is now moot. Brown, J. P., Lawrence, Eiber and Kooper, JJ., concur.